UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN L. HEDRICK, | ) | **JUDGMENT** |
|     Plaintiff | ) | |
| | ) | No. 4:10-CV-12-JG |
|     v. | ) | |
| | ) | |
| SOUTHERN STATES | ) | |
| COOPERATIVE, INC. | ) | |
| and MELVIN GOAD | ) | |
|     Defendant | ) | |

**Decision by Court.**
**This case came before the Honorable James E. Gates, United States Magistrate Judge for consideration of the defendants' motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED defendants' motion to dismiss is granted and this case is dismissed with prejudice.**

This Judgment Filed and Entered on September 30, 2010 with service on:

Lee L. Bettis, Jr. (via cm/ecf Notice of Electronic Filing)
Raymond E. Dunn, Jr. (via cm/ecf Notice of Electronic Filing)
David E. Constine (via cm/ecf Notice of Electronic Filing)
Hanna G. Styron (via cm/ecf Notice of Electronic Filing)

Date: September 30, 2010

                              DENNIS P. IAVARONE, CLERK
                              /s/ Delsia Heath
                              (By): Delsia Heath, Deputy Clerk